JOSEPH V. WALSH, *Plaintiff*, *v.* EMIL STERN and FREDERICK LEWIS, *Defendants.* — Part of order appealed from affirmed, with costs

and disbursements. Opinion by GILBERT, J.; BARNARD, P. J., not sitting.